IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02670-RTG
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

JANE DOE,

      Plaintiff,

v.

WORKDAY, INC.,
CURTIS DEE DEREK WATSON, and
MELANIE ROSELAND,

      Defendant.

---

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

      Plaintiff Jane Doe resides in Grand Junction, Colorado. On August 26, 2025, she initiated this action by submitting *pro se* a Complaint (ECF No. 1),[1] a Motion to Proceed Under Pseudonym (ECF No. 2), and a Notice of True Identity (ECF No. 3). She asserts claims against her former employer, a former co-worker, and a former supervisor.

---

[1] "(ECF No. 1)" identifies the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).

1

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this order. Plaintiff is directed to cure the following deficiencies to pursue any claims in this action. Any papers that Plaintiff files in response to this order must be labeled with the civil action number identified on this order.

**Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

(1)  xx    is not submitted (must use the court-approved Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form))

(2)  ___    is missing affidavit

(3)  ___    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4)  ___    is missing certificate showing current balance in prison account

(5)  ___    is missing required financial information

(6)  ___    is missing authorization to calculate and disburse filing fee payments

(7)  ___    is missing an original signature by the prisoner

(8)  ___    is not on proper form

(9)  ___    names in caption do not match names in caption of complaint, petition or habeas application

(10) xx    other: In the alternative, Plaintiff may pay the $405.00 filing and administrative fees.

**Complaint, Petition or Application**:

(11)  ___    is not submitted

(12)  xx    is not on proper form (must use the current court-approved Complaint form **or** court-approved Employment Discrimination Complaint form)

(13)  ___    is missing an original signature by the prisoner

(14)  ___    is missing page nos.

(15)  ___    uses et al. instead of listing all parties in caption

(16)  ___    names in caption do not match names in text

(17)  xx    other: If Plaintiff is pursuing an employment discrimination action, she must attach a copy of the administrative charge of discrimination and notice of right to sue letter as required under Section E of the court-approved Employment Discrimination Complaint form. If she is not pursuing an employment discrimination action, she must adequately allege federal jurisdiction.

2

Plaintiff is advised that she may contact the Federal Pro Se Clinic at (303) 824-5395 or https://www.cobar.org/cofederalproseclinic for possible assistance in this matter. The Federal Pro Se Clinic is located on the first floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the current court-approved Complaint form **or** Employment Discrimination Complaint form and Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) form, which are available, along with the applicable instructions, at www.cod,uscourts.gov. Plaintiff shall use the court-approved forms to cure the filing deficiencies. It is

FURTHER ORDERED that, if Plaintiff fails to cure all of the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice. However, **Plaintiff is warned** that, even if this case is dismissed without prejudice, the dismissal may act as a dismissal with prejudice if the time for filing employment discrimination claims expires. *See Rodriguez v. Colorado*, 521 F. App'x 670, 671-72 (10th Cir. 2013).

3

DATED August 27, 2025.

BY THE COURT:

_____

Richard T. Gurley
United States Magistrate Judge

4